UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 1 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Leave to file without
Prepayment of Cost **GRANTED**

| | |
|---|---|
| **ASIM BEN THABIT AL-KHALAQI**<br>Camp Delta Guantanamo Bay<br>Washington, D.C. 20355<br><br>Petitioner<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States<br><br>DONALD RUMSFELD,<br>Secretary, United States Department<br>of Defense<br><br>ARMY BRIG. GEN. JAY HOOD<br>Commander, Joint Task Force-<br>GTMO<br><br>ARMY COL. BRICE GYURISKO<br>Commander, Joint Detention<br>Operations Group, JTF - GTMO | Civil Action No.<br><br>CASE NUMBER: 1:05CV0999<br><br>JUDGE: REGGIE B. WALTON<br><br>DECK TYPE: HABEAS CORPUS/2255<br><br>DATE STAMP: 05/18/05 |

### PETITION FOR WRIT OF HABEAS CORPUS

GUAN-2005-T 01731
1973

Date: 29 Mar 05

**PETITIONER:** Asim Ben Thabit Al-Khalaqi

(Asim Thahit Abdullah Al-Khalaqi – name shown on ID card)

In the name of Allah, the most compassionate, the most merciful.

Yes, I am Asim Ben Thabit Al-Khalaqi from country of Yemen and I live in Saudi, saying by God success and thanks be to him.

I am here in GTMO Cuba on a United States Navy Base detained. What is the main reason for you having me here? Up to this time I haven't understood anything about my story but that I turned myself in to the Pakistani government and from there I was given to you. But the question that comes by itself is why I am with you, and until when will I be detained, and what is the reason for my detention, and what crime have I committed? And after three plus years of detention here on this painful island, don't I have the right to defend myself? And what is the reason for you classifying me as an enemy combatant, and based on what evidence and excuses you say this statement? And every time I ask the judge and other investigators they tell me it is classified evidence. So what is the benefit of challenging with this petition and what benefit is presenting this issue? The questions are many, running like an engine, and I don't find answers for them and I can't find any person capable of answering them. This is too much.

Ending with salutations.

NOTE: This is not an official translation.

ISN 152

152

GUAN-2005-T-0

PETITIONER: (DETAINEE'S NAME)

بسم الله الرحمن الرحيم

نعم أنا عاصم بن ثابت الخلاقي من بلاد اليمن وأسكن في السعودية

أقول مباسم الله بالتوفيق وعليه بالتكلان

أنا موجود هنا محبوس عند لولايات المتحدة في القاعده العسكرية البحرية كوبا بغي كوبا

ما هو السبب الرئيسي لوجودي عندكم وأنا الى هذا الوقت لم أفهم ذرة شيء عن قضيتي غير أني قمت بتسليم نفسي إلى الحكومه الباكستانية ومن ثم سلموني إليكم

ولكن لسؤال الذي يطرح نفسه لماذا أنا عندكم وإيت كم أقامتي عندكم وما هو سبب احتجازي وما هي الجريمه التي اقترفت وبعد ثلاث سنوات ونصف من الحجز في هذه الجزيرة بالذات أليس لي حق الدفاع عن نفسي

وما هو السبب في تصنيفي من قبلكم أني عدو مقاتل ويأية حجة وبرهان تقولون هذا الكلام وكلما أسأل القاضي وغيره من المحققين يقولون لي إن الأدله سرية وإذن إذا كانت الأدلة سرية ما فائده اعتراضي في جلسه لمرتفعه ومناقشة طرحي في هذا الموضوع

أسئلة كثيرة تدور في خاطري لا أجد لها جوابا عليها ولا أجد أحدهم بالناس يستطيع الجواب عليها

وهذا غيض من فيض

Signed: عاصم بن ثابت الخلاقي    Date: ١١/٥/٢٠٠٥

وبسلام م ختا م

FILED
05 0999    MAY 1 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ATCH 1

ISN 152