UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ASIM BEN THABIT AL-KHALAQI           )
                                    )
           Petitioner                )
   v.                                )   Civil Action No: 05-999 (RBW)
                                    )
GEORGE W. BUSH, et al.,              )
                                    )
           Respondents.              )
_____)

**ORDER**

Currently before the Court is the Respondents' Motion to Stay Proceedings Pending Related Appeals and for Coordination ("Resp. Mot."). The pro se petitioner has not filed a response to the respondents' motion.¹ The respondents move for a coordinated stay of proceedings in this case, along with all other pro se Guantanamo Bay detainee cases, pending the resolution of the appeals in In re Guantanamo Detainee Cases, 355 F. Supp. 2d 443 (D.D.C. 2005) and Khalid v. Bush, 355 F. Supp. 2d 311 (D.D.C. 2005). The respondents contend that "[t]he pending appeals will address the core issues in the . . . cases and thus, determine how the cases should proceed, if at all." Resp. Mot. at 1. They further contend that resolution of the appeals will address the "core issues in these pro se cases, including whether Guantanamo Bay detainees have judicially enforceable rights under the Constitution, statutes, or various international treaties." Id. at 3. Moreover, they opine that "further proceedings [before this Court prior to the resolution of the appeals] would require the expenditure of judicial and other resources that may be avoided as a result of the appeals, and, in any event, such proceedings very

---

¹The Court requests that the respondents apprise the Court as to whether any of the pro se petitioners have previously filed habeas petitions through counsel, or if any of the petitioners who have previously filed pro se habeas petitions have filed duplicative petitions through counsel.

likely would have to be revisited or relitigated . . . ." Id.

After review of the respondents' arguments, it is apparent that the resolution of the appeals in the aforementioned cases will directly address many, if not all, of the legal issues raised in the current petition. In fact, the outcome of these appeals will likely determine how all of the Guantanamo detainee cases should proceed and will provide guidance to this Court on how to address the petitioner's claim. Therefore, this Court concludes that all proceedings in this case should be stayed until final resolution of the two cases pending before the District of Columbia Circuit. Granting the stay is in the interest of judicial economy and avoids unnecessary litigation.[2]  Accordingly, it is

**ORDERED** that the respondents' motion to stay is Granted.

**SO ORDERED** this 8th day of July 2005.

REGGIE B. WALTON<br>United States District Judge

---

[2]Many other judges of this Court, when presented with a similar question, have ordered stays. See, e.g., Resp. Mot. at 1 n.1 (cases cited therein).