IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASIM BEN THABIT AL-KHALAQI ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 05-CV-999 (RBW) |
| GEORGE W. BUSH, *et al.,* ) | |
| Respondents. ) | |

## NOTICE OF FILING REGARDING DUPLICATE PRO SE PETITIONERS

The Court's July 8, 2005 Order requested that respondents "apprise the Court as to whether any of the *pro se* petitioners [in the Guantanamo Bay habeas litigation] have previously filed habeas petitions through counsel, or if any of the petitioners who have previously filed *pro se* habeas petitions have filed duplicative petitions through counsel." *See* Order at 1 n.1 (July 8, 2005) (Dkt. No. 3). Respondents are not aware that any of the *pro se* petitioners presently before this Judge have filed a second habeas petition, either through counsel or through another *pro se* filing. *See Mohammad v. Bush*, Civil Action No. 05-CV-0879 (RBW); *Bostan v. Bush*, Civil Action No. 05-CV-0883 (RBW); *Nasrullah v. Bush*, 05-CV-0891 (RBW); *Al-Khalaqi v. Bush*, Civil Action No. 05-CV-0999 (RBW).

Pursuant to the requests of the Chambers of Chief Judge Hogan and this Court, respondents will file a notice with the Court if respondents learn that a detainee at Guantanamo Bay has multiple habeas corpus petitions pending on his behalf.

Dated: July 25, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DAVID B. SALMONS
Assistant to the Solicitor General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN (IN Bar No. 23840-49)
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470