AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|                    | ) |                              |
|--------------------|---|------------------------------|
| Plaintiff(s)       | ) | **APPEARANCE**               |
|                    | ) |                              |
|                    | ) |                              |
| vs.                | ) | CASE NUMBER   05cv00999      |
|                    | ) |                              |
|                    | ) |                              |
| Defendant(s)       | ) |                              |

To the Clerk of this court and all parties of record:

Please enter the appearance of __Heather R. Rogers__ as counsel in this
(Attorney's Name)

case for: __Asim Ben Thabit Al-Khalaqi__
(Name of party or parties)

__11/15/05__
Date

__229519 (CA Bar)__
BAR IDENTIFICATION

__[signature]__
Signature

__Heather R. Rogers__
Print Name

__225 Broadway, Suite 900__
Address

__San Diego, CA  92101__
City   State   Zip Code

__619-234-8467__
Phone Number