AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

)
Plaintiff(s)    )    **APPEARANCE**
                )
                )
vs.             )    CASE NUMBER   05-cv-00999
                )
                )
Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Ellis M. Johnston III__ as counsel in this
                                 (Attorney's Name)

case for: __Asim Ben Thabit Al-Khalaqi__
          (Name of party or parties)

__11/2/05__                                __/s/ Ellis M. Johnston III__
Date                                       Signature

                                           Ellis M. Johnston III
                                           Print Name

__California Bar No. 223664__
BAR IDENTIFICATION                         __225 Broadway, Suite 900__
                                           Address

                                           __San Diego, CA  92101__
                                           City      State      Zip Code

                                           __619-234-8467__
                                           Phone Number