AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
| vs. | ) | CASE NUMBER 05-cv-00999 |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of __Reuben Camper Cahn__ as counsel in this
(Attorney's Name)

case for: __Asim Ben Thabit Al-Khalaqi__
(Name of party or parties)

__11/2/05__
Date

Florida Bar No. 874299
BAR IDENTIFICATION

_____
Signature

Reuben Camper Cahn
Print Name

225 Broadway, Suite 900
Address

San Diego, CA  92101
City         State        Zip Code

619-234-8467
Phone Number