IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**(HONORABLE REGGIE B. WALTON)**

| | | |
|---|---|---|
| ASIM BEN THABIT AL-KHALAQI | ) | Civil Action No.   05-CV-0999-RBW |
| | ) | |
| Petitioner, | ) | |
| v. | ) | NOTICE OF MOTION AND MOTION |
| | ) | FOR AN ORDER REQUIRING |
| GEORGE W. BUSH, *et al.*, | ) | RESPONDENTS TO PROVIDE |
| | ) | COUNSEL WITH ADVANCE |
| Respondents. | ) | NOTICE OF ANY REMOVAL |
| | ) | FROM GUANTANAMO |

PROPOSED ORDER

The Court, having considered Petitioner's Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with 30-Days' Advance Notice of Any Intended Removal of Petitioner from Guantánamo,

**IT IS HEREBY ORDERED** that the Motion is granted; and

**IT IS FURTHER ORDERED** that Respondent shall not remove Petitioner from Guantánamo to a foreign territory without providing counsel and the Court 30-days' advance notice.

Dated: _____

                                                                    **REGGIE B. WALTON**
                                                                    United States District Judge