## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                  )
ASIM BEN THABIT AL-KHALAQI         )
                                  )
            Petitioner             )
      v.                           )        Civil Action No: 05-999 (RBW)
                                  )
GEORGE W. BUSH, et al.,            )
                                  )
            Respondents.           )
_____)

## ORDER

Currently before the Court is the Petitioner's Motion for the Immediate Issuance of a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2243 or, Alternatively, to Issue an Order to Show Cause.  On July 8, 2005, the Court granted the Respondents' Motion to Stay Proceedings Pending Related Appeals and for Coordination [DE #3], staying all proceedings in this case pending the resolution of the appeals in In re Guantanamo Detainee Cases, 355 F. Supp. 2d 443 (D.D.C. 2005), and Khalid v. Bush, 355 F. Supp. 2d 311 (D.D.C. 2005).  Because the District of Columbia Circuit has not yet ruled on the appeals in these cases, to grant the petitioner's motion would effectively lift the stay, and the petitioner has given no reasons why the Court should do so.  Accordingly, it is hereby

**ORDERED** that the petitioner's motion is DENIED.

**SO ORDERED** this 29th day of December, 2005.


                                    REGGIE B. WALTON
                                    United States District Judge