IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ASIM BEN THABIT AL-KHALAQI, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-0999 (RBW) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

**RESPONDENTS' NOTICE REGARDING PETITIONER'S
MOTION FOR ENTRY OF PROTECTIVE ORDER**

Respondents hereby submit the following notice regarding petitioner's motion for entry of the protective order in the above-captioned case (dkt. no. 22).

On January 11, 2006, this Court stayed "all action" in the above-captioned case and denied all pending motions without prejudice pending resolution by the D.C. Circuit of "serious questions concerning whether this Court retains jurisdiction to hear the above-captioned case[]" after the Detainee Treatment Act of 2005, Pub. L. No. 109-148, tit. X, 119 Stat. 2680, became law.  See January 11, 2006 Order (dkt. no. 21).  Because the Court has stayed "all action" in this case, absent further direction from the Court, respondents do not intend to submit a substantive response to petitioner's request for relief at this time.  Respondents reserve their right to submit a memorandum in opposition to petitioner's motion for entry of the protective order containing a substantive response opposing petitioner's request for relief in the future if so directed by the Court.

Dated: May 25, 2006                              Respectfully submitted,

                                                 PETER D. KEISLER
                                                 Assistant Attorney General

                                                 DOUGLAS N. LETTER
                                                 Terrorism Litigation Counsel

                                                     /s/ Andrew I. Warden
                                                 JOSEPH H. HUNT (D.C. Bar No. 431134)
                                                 VINCENT M. GARVEY (D.C. Bar No. 127191)
                                                 TERRY M. HENRY
                                                 JAMES J. SCHWARTZ
                                                 PREEYA M. NORONHA
                                                 ROBERT J. KATERBERG
                                                 NICHOLAS J. PATTERSON
                                                 ANDREW I. WARDEN (IN Bar No. 23840-49)
                                                 EDWARD H. WHITE
                                                 MARC A. PEREZ
                                                 Attorneys
                                                 United States Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 20 Massachusetts Ave., N.W.
                                                 Washington, DC  20530
                                                 Tel:  (202) 514-4107
                                                 Fax:  (202) 616-8470

                                                 Attorneys for Respondents