IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ASIM BEN THABIT AL-KHALAQI,**<br>Guantánamo Bay Naval Station,<br>Guantánamo Bay, Cuba<br>       Petitioner<br><br>    v.<br><br>**GEORGE W. BUSH**<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Avenue, N.W.<br>    Washington, D.C. 20500;<br><br>**DONALD RUMSFELD**<br>    Secretary, United States<br>    Department of Defense<br>    1000 Defense Pentagon<br>    Washington, D.C. 20301;<br><br>**ARMY COL. BRICE GYURISKO**<br>    Army Col. Commander, Joint Detention<br>    Operations Group, JTF-GTMO; and<br><br>**ARMY BRIG. GEN. JAY HOOD**<br>    Commander, Joint Task Force - GTMO<br><br>       Respondents | UNOPPOSED MOTION FOR<br>ENLARGEMENT OF TIME<br>TO FILE REPLY TO OPPOSITION<br><br>Civil Case No: 05-cv-00999<br><br>JUDGE REGGIE B. WALTON |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

    Petitioner Asim Ben Thabit Al-Kalaqi, through undersigned counsel, respectfully moves this Court for a twenty-one day enlargement of time in which to file a reply to the Respondents' Motions for Procedures and Notice Regarding Jurisdiction. In support of his motion, counsel for Petitioner states as follows:

Undersigned counsel require an additional three weeks within which to file a reply to the government's opposition.  The government's actions as set forth in their motions for procedures are extraordinary and extraordinarily serious.  Undersigned are researching whether the terms of the Geneva Convention and the United States Code of Military Justice governing court martials, both of which apply to these proceedings under *Hamdan v. Rumsfeld*, 126 S. Ct. 2749 (2006), cover attorney-client relationships and communication.

The undersigned also represent four individual detainees with individual circumstances to be addressed.

These issues, as usual in these cases, are themselves unusual and while the undersigned appreciates the significance of a quick response, we cannot properly investigate and research these points in the time allotted.

Finally, we were awaiting also the outcome of a court-ordered mediation which we believed would result in a consolidated briefing schedule.  Apparently, the mediation did not have such a result.

Undersigned counsel each have additional responsibilities in the office, including handling their own trial and appellate caseloads.  Counsel anticipates filing a reply to the Respondents' Motions for Procedures and Notice Regarding Jurisdiction.  Counsel also contacted counsel for the Respondents, and has not received any objection to this request.  Therefore, counsel for Petitioner requests an enlargement of time in which to file his reply.

WHEREFORE, for the foregoing reasons, Mr. Al-Kalaqi, by and through counsel, asks this Court to grant his Motion for Enlargement of Time.

Dated: July 20, 2006                              Respectfully submitted,

/s/ Ellis M. Johnston, III
/s/ Heather R. Rogers
/s/ Reuben Camper Cahn
Ellis M. Johnston, III (Cal. Bar No. 223664)
Heather R. Rogers (Cal. Bar No. 229519)
Reuben Camper Cahn (Florida Bar No. 874299)
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Counsel for Petitioner