**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ISA ALI ABDULLA ALMURBATI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 04-1227 (RBW) |
| GEORGE W. BUSH,<br>President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |
| ASIM BEN THABIT AL-KHALAQI, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-0999 (RBW) |
| GEORGE W. BUSH,<br>President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |
| ISSAM HAMID ALI BIN ALI AL JAYFI,<br>*et al.*, | ) ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-2104 (RBW) |
| GEORGE W. BUSH,<br>President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

|  |  |  |
|---|---|---|
| JABBAROV OYBEK JAMOLIVICH, *et al.*, | ) ) ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-2112 (RBW) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

|  |  |  |
|---|---|---|
| AMER MOHAMMON, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-2386 (RBW) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |

**O R D E R**

Before the Court is respondents' July 21, 2006 Motion to Reconsider Orders Granting Extensions of Time and Opposition to Certain Petitioners' Motions for Extension of Time in the above-named cases. It is HEREBY ORDERED that

The Court's July 18, 2006 Minute Orders in *Almurbati* and *Al Jayfi* granting extensions of time to respond to respondents' July 7, 2006 Motion For Procedures Related To Review Of

Certain Detainee Materials And Request For Expedited Briefing ("July 7, 2006 Motion"), are VACATED;

The Court's July 14, 2006 Order (dkt. no. 79) in *Mohammon* is VACATED to the extent it grants an extension of time to respond to respondents' July 7, 2006 Motion; and

Petitioners' motions for extension of time to respond to respondents' July 7, 2006 Motion (*see Al-Khalaqui*, dkt. no. 29; *Jamilovich*, dkt. no. 10; *Mohammon*, dkt. nos. 89, 91, 93, 98 100) are GRANTED IN PART and DENIED IN PART.

IT IS FURTHER ORDERED that petitioners' in the above-named cases shall file any response to respondents' July 7, 2006 Motion by July 26, 2006. Petitioners may rely upon or incorporate oppositions to respondents' July 7, 2006 Motion in other Guantanamo detainee *habeas* cases. Respondents shall file any reply to petitioners' responses in the above-named cases by July 31, 2006.

SO ORDERED.

Dated: _____, 2006          _____
                                        UNITED STATES DISTRICT JUDGE