IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ )<br>**ASIM BEN THABIT AL-KHALAQI,** )<br>Guantánamo Bay Naval Station, )<br>Guantánamo Bay, Cuba )<br>       Petitioner )<br>)<br>   v. )<br>)<br>**GEORGE W. BUSH** )<br>   President of the United States )<br>   The White House )<br>   1600 Pennsylvania Avenue, N.W. )<br>   Washington, D.C. 20500; )<br>)<br>**ROBERT M. GATES** )<br>   Secretary, United States )<br>   Department of Defense )<br>   1000 Defense Pentagon )<br>   Washington, D.C. 20301; )<br>)<br>**ARMY COL. BRICE GYURISKO** )<br>   Army Col. Commander, Joint Detention )<br>   Operations Group, JTF-GTMO; and )<br>)<br>**ARMY BRIG. GEN. JAY HOOD** )<br>   Commander, Joint Task Force - GTMO )<br>)<br>       Respondents )<br>_____) | MOTION FOR ENLARGEMENT<br>OF TIME TO FILE OPPOSITION<br>TO MOTION TO DISMISS<br><br>Civil Case No: 05-cv-00999<br><br>JUDGE REGGIE B. WALTON |

**MOTION FOR ENLARGEMENT OF TIME**

     Petitioner Asim Ben Thabit Al-Khalaqi, through undersigned counsel, respectfully moves this Court for a thirty-day enlargement of time in which to file an opposition to the Respondents' Motion to Dismiss. In support of his motion, counsel for Petitioner states as follows:

     Undersigned counsel require an additional thirty days within which to file a reply to the government's opposition. The opposition raised legal matters that counsel need additional time

to research, particularly given the dispositive nature of the action Respondents request and the novel legal issues raised by Respondents' motion. Undersigned counsel also require this time to consult with similarly-situated counsel to see how these issues are being handled in related cases. Finally, undersigned counsel each have additional responsibilities in the office, including handling their own trial and appellate caseloads. Counsel anticipate filing a reply to the Respondents' Motion to Dismiss, but will be unable to finish within the eleven days allotted under Local Civil Rule 7(b).

Counsel contacted counsel for the Respondents to determine whether this motion was opposed. It is.

WHEREFORE, for the foregoing reasons, Mr. Al-Khalaqi, by and through counsel, asks this Court to grant his Motion for Enlargement of Time.


Dated: April 26, 2007                        Respectfully submitted,

/s/ Ellis M. Johnston, III
/s/ Heather R. Rogers
/s/ Reuben Camper Cahn
Ellis M. Johnston, III (Cal. Bar No. 223664)
Heather R. Rogers (Cal. Bar No. 229519)
Reuben Camper Cahn (Florida Bar No. 874299)
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Counsel for Petitioner