## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____
)
)
**ASIM BEN THABIT AL-KHALAQI,** )
  Petitioner, )
) Civil Case No: 05-cv-00999 (RBW)
*v.* )
)
**GEORGE W. BUSH,** *et al.*, )
  Respondents. )
)
_____ )

## **ORDER**

Upon consideration of Petitioner's Motion For Enlargement of Time, it is by the Court hereby

ORDERED that the Motion is GRANTED and that Petitioner's opposition to Respondents' Motion to Dismiss shall be filed by no later than May 30, 2007.

**SO ORDERED**, this _____ day of _____, 2007.


_____
**REGGIE B. WALTON**
UNITED STATES DISTRICT JUDGE