IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ASIM BEN THABIT AL-KHALAQI,<br>　　　　Petitioner,<br><br>　　v.<br><br>GEORGE W. BUSH, *et al.*,<br>　　　　Respondents. | )<br>)<br>)<br>)　Civil Action No: 05-999 (RBW)<br>)<br>)<br>)<br>)<br>) |

**RESPONDENTS' RESPONSE TO MOTION FOR
ENLARGEMENT OF TIME TO FILE OPPOSITION
TO MOTION TO DISMISS**

　　　　Pending before this Court is respondents' Motion to Dismiss.  Petitioners have asked for a lengthy extension of time to respond to the motion, referring to their busy schedules, the nature of the relevant issues, and their interest in conferring with counsel in other similar cases. Respondents are not in a position to comment on the nature and significance of schedule concerns that petitioners' counsel face.  As to the other asserted grounds for the requested extension, respondents note that the statutes and case law on which the Motion to Dismiss is based have been matters of public record for some time.  Further, counsel in other Guantanamo Bay detainee cases have already begun filing oppositions to the government's Motion to Dismiss, see, e.g., Paracha v. Bush, C.A. No. 04cv2022 (D.D.C.), Dkt. No. 140 (opposition to Motion to Dismiss filed April 23, 2007); al Odah v. Bush, C.A. No. 02cv828 (D.D.C.), Dkt. No. 321 (opposition to Motion to Dismiss filed April 26, 2007); Rumi v. Bush, C.A. No. 06-619 (D.D.C.), Dkt. No. 30 (opposition to Motion to Dismiss filed April 30, 2007), suggesting that the extension under discussion should not be necessary to accomplish the analysis and coordination that petitioners' counsel here say they want to undertake.  Respondents respectfully request that briefing on their dismissal motion be concluded with dispatch.  This will allow this Court to rule

on the Motion to Dismiss and thereby eliminate any lingering docket confusion as petitioners in the Guantanamo Bay detainee cases move forward in proceedings brought in the Court of Appeals under the Detainee Treatment Act at the same time as they try to maintain their District Court habeas cases. As explained in the Motion to Dismiss, no reason exists for this case to remain pending, or for orders entered in this case to be considered as retaining force.

Dated: April 30, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ *Judry L. Subar*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JEAN LIN
JAMES J. SCHWARTZ
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
NICHOLAS A. OLDHAM
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470

Attorneys for Respondents