# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**ASIM BEN THABIT AL-KHALAQI,**             )
Guantánamo Bay Naval Station,               )
Guantánamo Bay, Cuba                        )
    Petitioner             )
  v.                                )
                                            )   Civil Case No: 05-cv-0999
**GEORGE W. BUSH**                          )
    President of the United States )
    The White House       )   JUDGE REGGIE B. WALTON
    1600 Pennsylvania Avenue, N.W. )
    Washington, D.C. 20500; )
                                            )
**ROBERT M. GATES**                         )
    Secretary, United States )
    Department of Defense )
    1000 Defense Pentagon )
    Washington, D.C. 20301; )
                                            )
**ARMY BRIG. GEN. JAY HOOD**                )
    Commander, Joint Task Force - GTMO )   **NOTICE OF FILING**
    APO AE 09360; and    )
                                            )
**ARMY COL. MIKE BUMGARNER**                )
    Commander, Joint Detention )
    Operations Group - JTF-GTMO )
    APO AE 09360,        )
                                            )
    Respondents           )
_____ )

## NOTICE OF FILING

Petitioner Asim Ben Thabit Al-Khalaqi, through undersigned counsel, hereby notifies the Court and Respondents that *Petitioner's Notice of DTA Filing and Motion for Stay and Abey Order or Alternatively a Transfer Order Under 28 U.S.C. § 1631* was Federal Expressed to the Court Security Officer to be received on May 3, 2007 at 10:00 a.m.

Dated: May 3, 2007                    Respectfully submitted,

/s/ Ellis M. Johnston, III
/s/ Heather R. Rogers
Ellis M. Johnston (Cal. Bar No. 223664)
Heather R. Rogers (Cal. Bar No. 229519)
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Counsel for Petitioner