AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
| vs. | ) | CASE NUMBER  05-cv-00999 |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of  Shereen J. Charlick  as counsel in this
(Attorney's Name)

case for: Asim Ben Thabit Al-Khalaqi
(Name of party or parties)

6/18/07
Date

Signature

Shereen J. Charlick
Print Name

CA Bar No. 147703
BAR IDENTIFICATION

225 Broadway, Ste. 900
Address

San Diego, CA  92101
City          State          Zip Code

619-234-8467
Phone Number