IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASIM BEN THABIT AL-KHALAQI, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> GEORGE WALKER BUSH, ) <br> ) <br> *et al.,* ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-CV-999 (RBW) |

**JOINT STATUS REPORT IN RESPONSE TO COURT'S JUNE 30, 2008 ORDER**

Pursuant to the Court's June 30, 2008 Order (dkt. no. 54), undersigned counsel for petitioner and respondents jointly state as follows:

1) Petitioner Asim Ben Thabit Al-Khalaqi (Internment Serial Number 152) is the sole detainee-petitioner in this habeas corpus case.

2) Petitioner Al-Khalaqi is currently detained at Guantanamo Bay. Petitioner has been approved by the Administrative Review Board (ARB) process to leave Guantanamo Bay, subject to the process for making appropriate diplomatic arrangements for his departure. Petitioner's position is that he is not aware of the process for securing his release, nor does he approve of the delay in release caused by this undisclosed process.

3) No duplicate habeas petitions have been filed on behalf of petitioner Al-Khalaqi.

Dated: July 7, 2008                                                      Respectfully Submitted,


By: _____/S/_____                                               _____/S/_____
Ellis M. Johnston III                                                    Andrew I. Warden
Federal Defenders of San Diego, Inc                                      United States Department of Justice
225 Broadway, Suite 900                                                  Civil Division, Federal Programs Branch
San Diego, CA 92101-5008                                                 20 Massachusetts Ave., NW, Rm. 7332
Tel: (619) 685-3736                                                      Washington, D.C.  20530
                                                                         Tel:  (202) 616-5084


Attorney for Petitioner                                                  Attorney for Respondents