UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action Nos.<br><br>02-CV-0828, 04-CV-1136, 04-CV-1194, 04-CV-1254, 05-CV-0270, 05-CV-0392, 05-CV-0999, 05-CV-1645, 05-CV-1646, 05-CV-2083, 07-CV-1710, 07-CV-2337, 07-CV-2338 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that undersigned counsel Robert J. Katerberg hereby withdraws his appearance as one of the counsel for respondents in the above-captioned cases. The other government counsel who have appeared will continue to represent respondents.

Dated: July 8, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

 /s/ Robert J. Katerberg
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ROBERT J. KATERBERG (D.C. Bar No. 466325)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel.: (202) 616-8298
Fax: (202) 616-8460

Attorneys for Respondents