AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

FOR THE ___ DISTRICT OF ___ COLUMBIA

ASIM BEN THABIT AL-KHALAQI

Petitioner,

v.

GEORGE W. BUSH, et al.

Respondent.

**APPEARANCE**

Case Number:   05-cv-0999

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ASIM BEN THABIT AL-KHALAQI

** I am replacing Heather R. Rogers on this case.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/7/2008 | /s/ STEPHEN D. DEMIK |
| Date | Signature |
| | Stephen D. Demik / Federal Defenders of SD    221167 |
| | Print Name                                    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City            State            Zip Code |
| | (619) 234-8467        (619) 687-2666 |
| | Phone Number                       Fax Number |