AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

ASIM BEN THABIT AL-KHALAQI

**APPEARANCE**

Petitioner,

v.

Case Number: 05-cv-0999

GEORGE W. BUSH, et al.

Respondent.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ASIM BEN THABIT AL-KHALAQI

** I am replacing ZAKI ZEHAWI as counsel on this case.

I certify that I am admitted to practice in this court.

| 7/18/2008 | /s/ STEVEN F. HUBACHEK |
| Date | Signature |

| Steven F. Hubachek / Federal Defenders of S | 147703 |
| Print Name | Bar Number |

225 Broadway, Suite 900
Address

| San Diego, CA | 92101 | |
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
| Phone Number | Fax Number |