IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASIM BEN THABIT AL- KHALAQI, | ) <br> ) <br> ) <br> ) MISC. CIV. ACTION NO. 08-MC-4422 (TFH) <br> ) <br> ) CIVIL ACTION NO. 05-CV-0999 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| *Petitioner*, | |
| *v.* | |
| GEORGE W. BUSH, *et al.*, | |
| *Respondents.* | |

## MOTION TO RENEW PREVIOUSLY-FILED MOTION SEEKING IMMEDIATE ISSUANCE OF THE WRIT OF HABEAS CORPUS OR ALTERNATIVELY, SEEKING AN ORDER TO SHOW CAUSE WHY THE WRIT SHOULD NOT BE GRANTED.

Petitioner Asim Ben Thabit Al-Khalaqi, seeks to renew his previously-filed motion, Docket Entry ("DE") 16, filed originally on December 29, 2005, seeking immediate issuance of the writ or alternatively, issuance of an order to show cause why the writ should not be issued. This motion was denied on the same day it was filed and before Respondents even filed an Opposition, by the Honorable Reggie B. Walton.  DE 17.  However, a subsequent order issued on January 11, 2006, denied all pending motions, without prejudice, until such time as the jurisdictional issues surrounding the petition were resolved.  DE 21.  Since these jurisdictional issues have now been resolved favorably to him in *Boumediene v. Bush*, 128 S. Ct. 2229 (2008),

Petitioner renews his previously-filed motion for immediate issuance of the writ or, alternatively, for issuance of an order to show cause.

                                        Respectfully submitted,

Dated: July 18, 2008              /s/ Shereen J. Charlick
                                        SHEREEN J. CHARLICK
                                        STEVEN F. HUBACHEK
                                        ELLIS M. JOHNSTON, III.
                                        STEPHEN D. DEMIK
                                        Federal Defenders of San Diego, Inc.
                                        225 Broadway, Suite 900
                                        San Diego, California  92101-5008
                                        Telephone:  (619) 234-8467

                                        Counsel for Petitioner