IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| _____ ) | |
| **ASIM BEN THABIT AL- KHALAQI**, ) | |
| ) | **MISC. CIV. ACTION NO. 08-MC-4422 (TFH)** |
| ) | |
| Petitioner, ) | **CIVIL ACTION NO. 05-CV-0999 (RBW)** |
| ) | |
| ) | |
| *v*. ) | |
| ) | |
| **GEORGE W. BUSH**, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| _____) | |

**NOTICE OF FILING AND SUMMARY OF PETITIONERS" RESPONSE TO RESPONDENT'S MOTION FOR RELIEF FROM SCHEDULING ORDER**

As required by the Amended Protective Order in this matter, undersigned counsel hereby give notice that on September 8, 2008, a copy of Petitioners' Response to Respondents" Motion for Relief From Scheduling Order was delivered to the Court Security Officer for clearance for public filing.

The Response asks the Court to strike or deny Respondents' Motion and to enforce compliance with the court order of July 11, 2008.

The Response will be filed via the Electronic Case Filing ("ECF") system when it has been cleared for public viewing by the Court Security Office.

                        Respectfully submitted,

Dated: September 8, 2008       /s/ Shereen J. Charlick
                                    SHEREEN J. CHARLICK
                                    STEVEN F. HUBACHEK
                                    ELLIS M. JOHNSTON, III
                                    STEPHEN D. DEMIK
                                    Federal Defenders of San Diego, Inc.
                                    225 Broadway, Suite 900
                                    San Diego, California 92101-5008
                                    Telephone: (619) 234-8467

                                    Counsel for Petitioner